UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA M. SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>    Defendant. | No. 2:25-cv-1749 AC<br><br><br><br>ORDER |

This case was removed to this court from Stanislaus County Superior Court on June 20, 2025, and the parties have consented to Magistrate Judge jurisdiction for all purposes. ECF Nos. 1, 9. An initial scheduling conference was set for September 24, 2025, with a joint scheduling report due September 10, 2025. ECF No. 10. The parties did not submit the required report.

Good cause appearing, IT IS HEREBY ORDERED that the initial status conference currently set for September 24, 2025, is VACATED to be reset as necessary. The parties shall submit a joint Rule 26(f) statement regarding scheduling no later than October 1, 2025. If no report is timely filed, this case will be subject to dismissal for failure to prosecute.

IT IS SO ORDERED.

DATED: September 11, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE