UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA M. SALAZAR, | No. 2:25-cv-1749 AC |
| Plaintiff, | |
| v. | ORDER |
| NISSAN NORTH AMERICA, INC., | |
| Defendant. | |

      This case is before the undersigned for all purposes on the consent of the parties. ECF No. 9. On July 29, 2025, the court set an initial scheduling conference for September 24, 2025, and ordered that a Fed. R. Civ. P. 26(f) joint status report be submitted no later than September 10, 2025. ECF No. 10. The status report was not filed. Accordingly, the undersigned vacated the scheduling conference and ordered that the 26(f) report be filed by October 1, 2025. ECF No. 11. The report was again not filed.

      Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 14 days, why failure to submit the required 26(f) report should not result in dismissal of the case for failure to prosecute. The filing of the required report will discharge this

////

////

////

1

order. This case cannot proceed without a schedule. If plaintiff fails to respond, the case will be dismissed pursuant to Local Civil Rule 110.

    IT IS SO ORDERED.

DATED: October 6, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE